FILED

06/22/2021

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 20-0221

IN THE SUPREME COURT OF THE STATE OF MONTANA

No. DA 21-0221

STATE OF MONTANA,

>Plaintiff and Appellee,

v.

GARY WAYNE TEMPLE, JR.,

>Defendant and Appellant.

## GRANT

Pursuant to authority granted under Mont. R. App. P. 26(1), the Appellant is given an extension of time until July 19, 2021, to prepare, file, and serve the Appellant's opening brief.

Electronically signed by:
Bowen Greenwood
Clerk of the Supreme Court
June 22 2021